# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| CHARLES SCOTT ROBIDER, | ) |   |
|---|---|---|
| Plaintiff, | ) |   |
| v. | ) | Case No. CV414-138 |
| PEPSICO BOTTLING GROUP, | ) |   |
| Defendant. | ) |   |

## REPORT AND RECOMMENDATION

Seven months ago, the Court noted that plaintiff Charles Scott Robider's employment discrimination complaint failed to state a claim and gave him twenty-one days to re-plead. Doc. 3. He failed to do so, and the undersigned thus recommended dismissing this case with prejudice for failure to obey a Court Order. Doc. 4. On June 18, 2015, the district judge vacated that recommendation and instead gave plaintiff another twenty-one days to "furnish 'a short and plain statement of [his] claim,'" while warning that "failure to timely comply with this Order *will* result in dismissal of this case." Doc. 7 at 3 (quoting Fed. R. Civ. P. 8(a)) (emphasis in original).

Once again, Robider has failed to comply. And so once again, it is recommended that this action be dismissed with prejudice. *See* Fed. R. Civ. P. 41(b) (involuntary dismissals for failure to prosecute or comply with a court order generally operate "as an adjudication on the merits"); L.R. 41(b) (authorizing dismissal for neglect of any Court order); *Link v. Wabash Railroad Co.*, 370 U.S. 626, 630-31 (1962); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457 7 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992). Twice now Robider has failed to comply with the Court's orders. *See* docs. 3 & 7. Once might be an oversight, but twice shows "willful contempt" and thus justifies Rule 41(b)'s "with prejudice" sanction. *Betty K Agencies, Ltd. v. M/V Monada*, 432 F.3d 1333, 1337 (11th Cir. 2005). Robider had an opportunity to have his day in court and squandered it. A lesser sanction thus will not suffice. *See Mingo*, 864 F.2d at 102.

**SO REPORTED AND RECOMMENDED** this 3rd day of August, 2015.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA